# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 24-101-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ASHLEY ROSE LAPIER, | |
| Defendant. | |

The United States of America has filed a motion pursuant to Rule 48(a) of the *Federal Rules of Criminal Procedure,* seeking dismissal of the indictment due to the defendant's death while the case was pending.  The motion is unopposed. The Court finds there is good cause for the motion.  Accordingly,

IT IS HEREBY ORDERED that the United States' motion is GRANTED. All further proceedings are VACATED and the indictment is DISMISSED.

Dated this 31st day of July 2026.

Brian Morris, Chief District Judge
United States District Courts

1